**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Stephanie K. Hines**, OSB No. 023273
SHines@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendants Sequoia's Causey Village
Condominiums LLC, Zeus Holdings, LLC, Brian
Snodgrass, Darcy Lapier Snodgrass and the Darcy
Lapier Snodgrass Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **INDYMAC VENTURE, LLC**,<br><br>                    Plaintiff,<br><br>    v.<br><br>**SEQUOIA'S CAUSEY VILLAGE CONDOMINIUMS LLC**, an Oregon Limited Liability Company; **ZEUS HOLDINGS, LLC**, an Oregon Limited Liability Company; **BRIAN SNODGRASS**, an individual; **DARCY LAPIER SNODGRASS**, trustee of the **DARCY LAPIER SNODGRASS TRUST**, a trust; and **OTAK ARCHITECTS, INC.**, an Oregon Corporation,<br><br>                    Defendants. | No. 3:09-cv-865-HU<br><br>**DECLARATION IN SUPPORT OF PERKINS COIE'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE SEQUOIA PARTIES** |

I, Erick J. Haynie, being fist duly sworn, hereby state as follows:

1.      I am an attorney at the law firm of Perkins Coie LLP ("Perkins Coie").  I have

personal knowledge of the matters set forth below and make this declaration in support of

Perkins Coie's motion to withdraw as counsel of record for Defendants Sequoia's Causey Village

Page 1      DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

72120-0001.0003/LEGAL17971460.1

Condominiums LLC, Zeus Holdings, LLC, Brian Snodgrass, Darcy Lapier Snodgrass, and the Darcy Lapier Snodgrass Trust (collectively, the "Sequoia Parties").

 2. Perkins Coie LLP, through myself and Stephanie K. Hines, has represented the Sequoia Parties in this action.

 3. The Sequoia Parties are interrelated.  Darcy Lapier Snodgrass is the Trustee of the Darcy Lapier Snodgrass Trust, which along with Brian Snodgrass, co-owns a holding company, Zeus Holdings, LLC.  This company, in turn, owns Sequoia's Causey Village Condominiums LLC.

 4. I believe withdrawal is appropriate pursuant to the requirements of Oregon Rule of Professional Conduct 1.16.  In order to maintain the confidences and secrets of the Sequoia Parties, counsel requests that any further detail regarding representation be presented to the court *in camera*.

 5. We have notified the Sequoia Parties of our intent to withdraw as counsel.  None of the Sequoia Parties has identified substitute counsel.

 *I declare under penalty of perjury that the foregoing is true and correct.*

 DATED: March 26, 2010.

*s/ Erick J. Haynie*      
Erick J. Haynie

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

72120-0001.0003/LEGAL17971460.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on March 26, 2010, he caused to be served on the person(s) listed below in the manner shown:

**Declaration in Support of Perkins Coie's Motion to Withdraw as Counsel of Record for the Sequoia Parties**

Darcy Snodgrass
PO Box 3934
Wilsonville, OR 97070

Brian Snodgrass
Owner/President
Sequoia Custom Homes LLC
16869 SW 65th Ave #116
Lake Oswego, OR 97035

Sequoia's Causey Village
Condominiums LLC
c/0 Sequoia Custom Homes, LLC
(registered agent)
8840 SW Holly Lane, Suite 100
Wilsonville, OR 97070

Zeus Holdings, LLC
c/o Mary Collins (registered agent)
8840 SW Holly Lane, Suite 100
Wilsonville, OR 97070

Darcy Lapier Snodgrass Trust
c/o Darcy Snodgrass
PO Box 3934
Wilsonville, OR 97070

Otak Architects, Inc.
c/o Jonathan A. Bennett (registered agent)
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204

☒  United States Mail, First Class

☐  By Messenger

☐  By Facsimile

☒  By eFiling

Dated at Portland, Oregon, this 26th day of March, 2010.

_____
*s/ Erick J. Haynie*
Erick J. Haynie

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

72120-0001.0003/LEGAL17971460.1